1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MIGUEL DIAZ,                               No.  2:14-cv-2705 JAM CKD P

12                  Plaintiff,

13        v.                                    FINDINGS AND RECOMMENDATIONS

14   R. FOX, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief

18   pursuant to 42 U.S.C. § 1983.  On January 20, 2015, plaintiff's complaint was dismissed for

19   failure to state a claim, and he was granted one opportunity to amend.  Before the court is

20   plaintiff's amended complaint ("FAC"), filed on April 13, 2015.  (ECF No. 12.)

21        The court is required to screen complaints brought by prisoners seeking relief against a

22   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

23   court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

24   "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

25   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

26        Having reviewed the FAC, the undersigned concludes that it fails to state a claim under

27   the legal standards set forth in the January 20, 2015 screening order.  Because it appears that

28   another round of amendment would be futile, the undersigned will recommend dismissal of this

1

1   action.

2          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with

3   prejudice for failure to state a claim.

4          These findings and recommendations are submitted to the United States District Judge

5   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6   after being served with these findings and recommendations, plaintiff may file written objections

7   with the court.  Such a document should be captioned  "Objections to Magistrate Judge's Findings

8   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

9   time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

10  (9th Cir. 1991).

11  Dated:  May 28, 2015

12                                            _____
                                             CAROLYN K. DELANEY
13                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20  2 / diaz2705.fac

21

22

23

24

25

26

27

28

                                              2