IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ, | No. 2:14-cv-2705 JAM CKD P |
| Plaintiff, | ORDER |
| v. | |
| R. FOX, et al., | |
| Defendants. | |

    Defendants request a stay of discovery in this action until their Rule 12(b)(6) motion is decided. (ECF No. 29.) No Discovery and Scheduling Order has issued, and plaintiff will not be prejudiced by waiting until that time to serve discovery requests on defendants. Insofar as plaintiff has already served document requests, he need not re-serve them; defendants shall consider them served as of the date any Discovery and Scheduling Order issues.

    Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to stay (ECF No. 29) is granted; and

////

////

////

////

2. Discovery in this action is stayed pending the resolution of defendants' motion to dismiss (ECF NO. 28) and the issuance of a Discovery and Scheduling Order.

Dated: February 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE