UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FOX, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2705 JAM CKD P<br><br><br><br>ORDER |

　　On March 4, 2016, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 24, 2016, staying discovery pending the resolution of defendants' motion to dismiss the Second Amended Complaint for failure to state a claim.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

　　Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 24, 2016 is affirmed.

DATED:  March 25, 2016

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE