1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MIGUEL ENRIQUE DIAZ,                        No.  2:14-cv-2705 JAM CKD P

12                 Plaintiff,

13        v.                                     ORDER

14   R. FOX, et al.,

15                 Defendants.

16

17        Plaintiff, a prisoner proceeding pro se with a civil rights claim, has filed a motion for a

18   protective order.  (ECF No. 47.)  Specifically, he seeks an order prohibiting his deposition and

19   excusing him from producing documents which he contends are privileged.

20        The Federal Rules of Civil Procedure provide that a court may, "for good cause shown ...

21   make any order which justice requires to protect a party or person from annoyance,

22   embarrassment, oppression, or undue burden or expense[.]"  Fed. R. Civ. P. 26(c).  The moving

23   party must demonstrate "a particular and specific need for the protective order, as opposed to

24   making stereotyped or conclusory statements."  Gray, 133 F.R.D. at 40.  Whether to grant a

25   protective order lies within the discretion of the court.  See Kirshner v. Uniden Corp. of America,

26   842 F.2d 1074, 1079 (9th Cir. 1988).  Here, plaintiff's argument is comprised of conclusory

27   statements and does not show good cause for the protective order he seeks.

28   ////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for protective order (ECF

2   No. 47) is denied.

3   Dated:  February 28, 2017

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8   2 / diaz2705.po

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28