IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MIGUEL DIAZ,** | 2:14-cv-2705 JAM CKD P |
| Plaintiff, | **ORDER** |
| v. | Judge: The Hon. Carolyn K. Delaney<br>Trial Date: None |
| **R. FOX, et al.,** | Action Filed: November 18, 2014 |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the scheduling order to reset the deadline to file a dispositive motion is GRANTED. The deadline to file pretrial motions will be set by the Court after the parties' pending discovery motions have been ruled on.

Dated: May 22, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2016300119
32889683.doc