UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. FOX, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2705 JAM CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendants' motion for terminating sanctions. (ECF No. 82.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 82) is granted; and

2. Plaintiff shall have thirty days from the service of this order in which to file and serve an opposition. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: January 16, 2018

　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

13:diaz2705.36