1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MIGUEL ENRIQUE DIAZ,                    No.  2:14-cv-2705 JAM CKD P

12                    Plaintiff,

13        v.                                   ORDER

14    R. FOX, et al.,

15                    Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  On May 29, 2018, the court received documents from plaintiff that indicate that

19    on December 6, 2017, a notice of appeal was returned to him because there was no indication of

20    what he was appealing.  (ECF No. 84 at 5.)  Plaintiff has also provided a copy of the notice of

21    appeal (id. at 3) and it appears to be the same notice of appeal he sent to defendants' counsel

22    (ECF No. 81-1 at 5).  Given the context, it appears that plaintiff intended to appeal the order

23    requiring him to submit to a deposition (ECF No. 74).

24        Although the notice of appeal clearly fails to meet the requirements of Rule 3 of the

25    Federal Rules of Appellate Procedure, the Rule also requires that the district clerk forward a copy

26    of the notice of appeal to the clerk of the court of appeal.  Fed. R. App. P. 3(c)(1), (d)(1).  The

27    Clerk of the Court will therefore be directed to forward the notice of appeal to the Ninth Circuit

28    Court of Appeal and enter the notice of appeal as filed on December 5, 2017, the date it was

1 originally received by this court.

2       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file

3 plaintiff's notice of appeal (ECF No. 84 at 3) and forward a copy of the notice and this order to

4 the Ninth Circuit Court of Appeal.  The docket should reflect that the notice of appeal was filed

5 December 5, 2017.

6 Dated:  June 18, 2018

7                                 CAROLYN K. DELANEY

8                                 UNITED STATES MAGISTRATE JUDGE

9

10 13:diaz2705.noa